IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JUWANNA BROOKS, #257599, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:09cv378-WHA |
| ) | |
| CYNTHIA S. WHEELER-WHITE, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

The Magistrate Judge filed a Recommendation (Doc. #2) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the Court finds that the Recommendation should be adopted.  Accordingly, it is hereby

ORDERED that the RECOMMENDATION (Doc. #2) of the Magistrate Judge is ADOPTED, and this petition under 28 U.S.C. § 2254 is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 2241(d).  The Clerk is DIRECTED to take the necessary action to effect the transfer.

Done this 19th day of May, 2009.

/s/ W. Harold Albritton

UNITED STATES DISTRICT JUDGE